[No. 523.    August 24, 1892.]

*FELIPE SILVA, Appellant, v. TERRITORY OF NEW
MEXICO, Appellee.

CRIMINAL LAW—APPEAL—RECORD.—On appeal in a criminal case, where
the record does not set out the motion for new trial, or the grounds
on which it is based, and there is no bill of exceptions presenting
the evidence, and it does not appear from the record that any ex-
ceptions were taken to the rulings of the trial court, nothing is pre-
sented for review.

*Appeal*, from a judgment of conviction, from the Fifth Judi-
cial District Court, Lincoln County.    Affirmed.

The facts are stated in the opinion of the court.

EDWARD L. BARTLETT, solicitor-general, for the territory.

PER CURIAM.—The record in this case shows a trial by
jury, and a verdict against the defendant of a fine of five
dollars.    There was a motion made for a new trial, which was
argued and overruled by the court.    The record does not, how-
ever, set out the motion or the grounds on which it was made.
There is no bill of exceptions presenting the evidence, nor does
the record show that any exceptions were taken to the rulings
of the court.    The record does show that an appeal was prop-
erly taken to this court, but from what does not appear.
There being nothing properly brought before this court for its
consideration, the judgment of the court below will be
affirmed.

*Omitted and received too late to be reported sooner.—REPORTER.